```
 1
 2
 3
 4
 5
 6
 7
 8                      UNITED STATES DISTRICT COURT
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11                                         1:03-cv-05407-AWI-SMS-P
   STEVEN JOSEPH NOBLE, IV,
12                                         ORDER ADOPTING FINDINGS AND
                 Plaintiff,                RECOMMENDATIONS (Doc. 45)
13
   vs.                                     ORDER DENYING MOTION TO
14                                         DISMISS IN ITS ENTIRETY
   D. ADAMS, et al.,                       (Doc. 37)
15
                 Defendants.               ORDER DIRECTING DEFENDANTS TO
16 _____/         FILE RESPONSE TO AMENDED
                                           COMPLAINT
17
```

Plaintiff, Steven Joseph Noble, IV ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On August 19, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within twenty (20) days. To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

1

1    In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 de novo review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.  The court
6 also notes that the Magistrate Judge's reasoning is in
7 conformance with a recently issued opinion by the Ninth Circuit.
8 The Ninth Circuit has found that "a prisoner need not press on to
9 exhaust further levels of review once he has either received all
10 available remedies at an intermediate level of review or been
11 reliably informed by an administrator that no remedies are
12 available."  Brown v. Valoff, --- F.3d ----, 2005 WL 2129069 (9th
13 Cir. Sep 06, 2005).

14    Accordingly, IT IS HEREBY ORDERED that:

15    1.   The Findings and Recommendations, filed August 19,
16 2005, are ADOPTED IN FULL;

17    2.   Defendants' motion to dismiss, filed February 21, 2004,
18 is DENIED in its entirety; and,

19    3.   Defendants SHALL respond to Plaintiff's Amended
20 Complaint filed on May 12, 2003, against Defendants Adams and
21 Cuevas for deprivation of outdoor exercise and denial of access
22 to the courts, and against Defendants Adams, Espinoza and
23 Pugliese for interference with Plaintiff's right to receive mail
24 within **THIRTY (30) DAYS** of the date of service of this order.
25 IT IS SO ORDERED.

26 **Dated:   September 20, 2005**           /s/ Anthony W. Ishii
    0m8i78                              UNITED STATES DISTRICT JUDGE

2