BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MONICA N. ANDERSON
Supervising Deputy Attorney General
CONSTANCE L. PICCIANO, State Bar No. 66172
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-6453
 Fax: (916) 324-5205
 Email: Constance.Picciano@doj.ca.gov

Attorneys for Defendants Adams and Cuevas

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE JOSEPH NOBLE, IV,<br><br>                            Plaintiff,<br><br>    v.<br><br>D. ADAMS, et al.,<br><br>                            Defendants. | 1:03-CV-5407 AWI SMS P<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO SERVE RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS AND REQUESTS FOR ADMISSIONS** |

   The Court, having considered Defendants Adams and Cuevas' request for an extension of time to serve responses to Plaintiff's requests for admissions and request for production of documents, and good cause having been found:

/ / /

/ / /

/ / /

1 **IT IS HEREBY ORDERED**: Defendants shall be granted an extension of time, to
2 and including February 16, 2006, to complete and serve Defendant's responses.
3 IT IS SO ORDERED.
4 **Dated:   January 19, 2006**             /s/ Sandra M. Snyder
  icido3                                    UNITED STATES MAGISTRATE JUDGE

Order Granting Request for Extension of Time