1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  MONICA N. ANDERSON
   Supervising Deputy Attorney General
5  CONSTANCE L. PICCIANO, State Bar No. 66172
   Deputy Attorney General
6   1300 I Street, Suite 125
    Post Office Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 322-6453
8   Facsimile: (916) 324-5205
    Email: Constance.Picciano@doj.ca.gov
9
   Attorneys for Defendant Adams
10
                   IN THE UNITED STATES DISTRICT COURT
11
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
12

| STEVE JOSEPH NOBLE, IV, | 1:03-CV-5407 AWI SMS P |
|---|---|
| Plaintiff, | **ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO SERVE RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT ADAMS** (Doc. 55.) |
| v. | |
| D. ADAMS, et al., | |
| Defendants. | |

   The Court, having considered Defendant Adams' request for an extension of time to serve responses to Plaintiff's first set of interrogatories, and good cause having been found:

   **IT IS HEREBY ORDERED**: Defendant Adams shall be granted an extension of time, to and including February 6, 2006, to complete and serve responses to Plaintiff's first set of Interrogatories.

   IT IS SO ORDERED.

   **Dated:   January 27, 2006**            /s/ Sandra M. Snyder
   b6edp0                                   UNITED STATES MAGISTRATE JUDGE