IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **STEVE JOSEPH NOBLE, IV,** | Case No. 1:03-CV-5407 AWI SMS P |
| Plaintiff, | **ORDER** |
| v. | |
| D. ADAMS, et al., | |
| Defendants. | |

The Court, having considered Defendant Adams' request for an extension of time to file an opposition to Plaintiff's motion to compel further responses to discovery, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendant shall be granted an extension of time, to and including ten court days from the date of this order, to complete and serve Defendant's Opposition to Plaintiff's motion to compel.

IT IS SO ORDERED.

**Dated:   May 11, 2006**              /s/ Sandra M. Snyder
b6edp0                                  UNITED STATES MAGISTRATE JUDGE