# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN JOSEPH NOBLE III, | CV F   03 5407 AWI SMS P |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION FOR LEAVE TO FILE AN AMENDED ANSWER (Doc. 68.) |
| D.ADAMS, et. al., | ORDER DENYING MOTION FOR TELEPHONIC CONFERENCE (Doc. 67.) |
| Defendants. | |

Steven Joseph Noble ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

**1. Motion for Leave to File Amended Answer**

On July 5, 2006, Defendants moved for leave to file an Amended Answer. Counsel for Defendants states that due to a drafting error, the Answer erroneously averred that Plaintiff was deprived of exercise for disciplinary reasons. Defendants intended to aver that Plaintiff was *not* deprived of exercise for disciplinary reasons. In addition to the Motion, Defendants submitted an Amended Answer. Accordingly, Defendant's Motion is GRANTED and the Amended Answer submitted also on July 5, 2006, is deemed FILED.

**2. Motion for Telephonic Conference**

1

On June 13, 2006, Plaintiff submitted a pleading titled "Motion for Telephonic Conference" wherein he states that a telephonic conference is necessary because he believes Defendants will move for summary judgment and he needs to present evidence to support his claims to avoid summary judgment, that Defendants are failing to comply with Plaintiff's efforts to obtain discoverable material, that Defendants have failed to admit the truth, that the pending Motion to Compel discovery is related to his ability to properly prepare and oppose a Motion for Summary Judgment and he needs to be able to address matters which affect and may determine the sufficiency of Defendant's Answers or Objections to the pending Motion to Compel.

Local Rule 72-302(c)(1) provides only that the Magistrate Judge will resolve all discovery motions submitted in civil cases pending before this Court. Local Rule 78-230(m) further provides that all Motions submitted in prisoner cases where one party is proceeding *in propria persona* "shall be submitted upon the record without oral argument unless otherwise ordered by the Court." Local Rule. 78-230(m). Here, Plaintiff is requesting that the Court hold a telephonic conference so that Plaintiff may discuss issue concerning the pending Motion to Compel, to present further evidence and address matters that may affect the Answers or Objections made by Defendants to the Motion to Compel.

As noted above, all Motions filed in cases such as this are to be submitted on the record without oral argument. To the extent Plaintiff wishes to address the Opposition filed by Defendants to the Motion to Compel, the appropriate mechanism for doing so is to file a Reply to the Opposition. Insofar as Plaintiff wishes to further discuss the pending Motion to Compel, a telephonic conference or hearing is unnecessary. The parties are given the opportunity to address such issues in paper form, and, according to the Court Docket, have done so by filing a Motion to Compel and an Opposition to the Motion to Compel. At this time, the Court finds no hearing is required. Should the Court find it necessary to have the parties appear either in person or telephonically, it shall so order.

With regard to the presentation of evidence to avoid summary judgment, as no formal Motion for Summary Judgment has been filed by the Defendants, it is inappropriate for Plaintiff to provide evidence, orally or in writing, to oppose a non-existent motion.

Accordingly, in light of the above, the Motion for Telephonic Conference is DENIED.

**3. Order**

The Court HEREBY ORDERS:

1. The Motion for Leave to File an Amended Answer is GRANTED;
2. The Amended Answer is DEEMED filed as of the date of submission - July 5, 2006; and
3. The Motion for Telephonic Conference is DENIED.

IT IS SO ORDERED.

**Dated:   July 6, 2006**                     /s/ Sandra M. Snyder
icido3                                               UNITED STATES MAGISTRATE JUDGE