IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **STEVE JOSEPH NOBLE, IV,**<br><br>                                   Plaintiff,<br><br>          v.<br><br>**D. ADAMS, et al.,**<br><br>                                   Defendants. | 1:03-CV-5407 AWI SMS P<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**<br><br>Document No. 75 |

   Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On September 8, 2006, defendants filed a motion to extend time to file a pretrial dispositive motion as more time is needed to complete the necessary declarations in support of the Motion.

   The Court, having considered defendants' motion for an extension of time to file a pretrial dispositive motion, and good cause having been found:

   **IT IS HEREBY ORDERED**: Defendants shall be granted an extension of time, to and including, thirty days from the date of this order to file a dispositive motion.

IT IS SO ORDERED.

**Dated:     October 4, 2006**                    /s/ Sandra M. Snyder
b6edp0                                                     UNITED STATES MAGISTRATE JUDGE

Order

1