IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **STEVE JOSEPH NOBLE, IV,**<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**D. ADAMS, et al.,**<br><br>　　　　　　　　Defendants. | 1:03-CV-5407 AWI SMS P<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR A SECOND EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**<br><br>**Document No. 79** |

　　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On November 6, 2006, defendants filed its second motion to extend time to file a dispositive motion.

　　　　The Court, having considered defendants' motion for a second extension of time to file a pretrial dispositive motion, and good cause having been found,

　　　　**IT IS HEREBY ORDERED** that defendants shall be granted a second extension of time, to and including, December 6, 2006 to file a dispositive motion.

IT IS SO ORDERED.

**Dated:   November 21, 2006**　　　　　　　　　　/s/ Sandra M. Snyder
b6edp0　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Order

1