1

2

3

4

5

UNITED STATES DISTRICT COURT

6

EASTERN DISTRICT OF CALIFORNIA

7

8

STEVEN JOSEPH NOBLE,                          CIV   03-5407  AWI SMS P

Plaintiff,

9

ORDER GRANTING REQUEST FOR
EXTENSION OF TIME (Doc. 86, 88  )

v.

10

ADAMS, et. al.,

11

Defendants.

12

_____/

13       Steven Joseph Noble ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis

14  in this civil rights action filed pursuant to 42 U.S.C. Section 1983.

15       On December 6, 2006, Defendants filed a Motion for Summary Judgment.  Plaintiff moved

16  for an extension of time to file an Opposition on December 20, 2006, and December 26, 2006.

17       Good cause having been presented to the Court and GOOD CAUSE APPEARING

18  THEREFOR, IT IS HEREBY ORDERED:

19       Plaintiff is granted THIRTY (30) DAYS from the date of service of this Order in which to

20  file his Opposition to the Motion for Summary Judgment.

21  IT IS SO ORDERED.

22  **Dated:   January 17, 2007**                    **/s/ Sandra M. Snyder**
icido3                                          UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28