IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE JOSEPH NOBLE, IV,<br><br>Plaintiff,<br><br>vs.<br><br>D. ADAMS, et al.,<br><br>Defendants.<br>_____/ | 1:03-CV-05407-AWI-SMS-P<br><br>ORDER DISREGARDING<br>MOTION FOR EXTENSION<br>OF TIME AS MOOT<br>(Document No. 90) |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.

On January 16, 2007, plaintiff filed his third motion for extension of time to file an opposition to defendants' motion for summary judgment, which was entered on the Court's docket on January 19, 2007. On January 17, 2007, the Court issued an Order granting plaintiff's first and second extensions of time. The Court granted thirty (30) days from the date of service of its January 17, 2007 order.

Prior to receiving the Court's Order, plaintiff filed his third motion to request an additional ninety (90) days extension of time. Insomuch as the Court's Order filed on January 17, 2007, granted the first and second extensions of time, plaintiff's third motion for extension of time is disregarded as MOOT.

IT IS SO ORDERED.

Dated:  February 15, 2007           /s/ Sandra M. Snyder
b6edp0                              UNITED STATES MAGISTRATE JUDGE