IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **STEVE JOSEPH NOBLE, IV,**<br><br>Plaintiff,<br><br>v.<br><br>**D. ADAMS, et al.,**<br><br>Defendants. | 1:03-CV-5407 AWI SMS P<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

The Court, having considered Defendants' motion for an extension of time to file a reply to Plaintiff's opposition to Defendants' motion for summary judgment, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendants shall be granted an extension of time of ten court days, to and including March 23, 2007, to complete and file their reply to Plaintiff's Opposition to Defendants' motion for summary judgment.

IT IS SO ORDERED.

**Dated:   March 12, 2007**             /s/ Sandra M. Snyder
b6edp0                    UNITED STATES MAGISTRATE JUDGE

Order

1