IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **STEVE JOSEPH NOBLE, IV,** | 1:03-cv-5407-AWI-SMS (PC) |
| Plaintiff, | **ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR DEFENDANT ADAMS TO FILE THIRD MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **D. ADAMS, et al.,** | |
| Defendants. | (Doc. 115) |

Plaintiff, Steve Joseph Noble IV is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 2, 2008, defendant Adams filed a motion for an extension of time until June 4, 2008 in which to file a third motion for summary judgment.

Good cause having been presented to the court, and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that defendant Adams is granted an extension of time until <u>June 4, 2008</u> in which to file a third motion for summary judgment, pursuant to the court's order of March 3, 2008.

IT IS SO ORDERED.

**Dated:   May 9, 2008**          /s/ Sandra M. Snyder
                                                   UNITED STATES MAGISTRATE JUDGE