IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE JOSEPH NOBLE IV, | 1:03-cv-05407 AWI SMS (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANT ADAMS' MOTION FOR A SECOND EXTENSION OF TIME TO FILE A THIRD MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| D. ADAMS, et al., | (DOCUMENT #118) |
| Defendants. | FILING DEADLINE: 07/07/2008 |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 2, 2008, Defendant Adams filed a motion for a second extension of time to file a third motion for summary judgment. Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. Defendant Adams' second motion for an extension of time is GRANTED; and
2. Defendant Adams shall complete and file a third motion for summary judgment by July 7, 2008.

IT IS SO ORDERED.

**Dated:   June 5, 2008**                          /s/ Sandra M. Snyder
                                                                UNITED STATES MAGISTRATE JUDGE