IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE JOSEPH NOBLE IV, | 1:03-cv-05407-AWI-SMS (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME NUNC PRO TUNC |
| vs. | |
| D. ADAMS, et al., | (DOCUMENT #121) |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §1983.  On July 8, 2008 , defendant filed a motion to extend time to file a late Motion for Summary Judgment.  Inasmuch as defendant filed the Motion on July 8, 2008, and good cause having been presented to the court, IT IS HEREBY ORDERED THAT defendant's motion to extend time to file a late Motion for Summary Judgment is GRANTED nunc pro tunc to July 7, 2008.

IT IS SO ORDERED.

**Dated:    July 17, 2008**           /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE