1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT FOR THE

9                            EASTERN DISTRICT OF CALIFORNIA

10

11   STEVE JOSEPH NOBLE IV,                   1:03-cv-05407-AWI-SMS-(PC)

12                                            ORDER GRANTING MOTION TO
                     Plaintiff,              EXTEND TIME TO FILE OPPOSITION
13                                            TO DEFENDANTS' THIRD MOTION
           vs.                                FOR SUMMARY JUDGMENT
14
     D. ADAMS, et al.,                        (DOCUMENT #123)
15
                     Defendants.              THIRTY DAY DEADLINE
16   _____/

17          Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

18   1983.  On July 29, 2008,  plaintiff filed a motion to extend time to file an opposition to

19   defendants' third motion for summary judgment.  Good cause having been presented to the

20   court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

21          Plaintiff is granted thirty (30) days from the date of service of this order in which to file

22   opposition to the third motion for summary judgment which was filed by defendants on July 8,

23   2008.

24   IT IS SO ORDERED.

25   **Dated:    August 1, 2008**                  _____/s/ Sandra M. Snyder_____
                                                   UNITED STATES MAGISTRATE JUDGE
26

27

28