# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN JOSEPH NOBLE IV, | CASE NO. 1:03-cv-5407 AWI SMS PC |
| Plaintiff, | ORDER REQUIRING PARTIES TO NOTIFY COURT WHETHER A SETTLEMENT |
| v. | CONFERENCE WOULD BE BENEFICIAL |
| D. ADAMS, et al., | THIRTY-DAY DEADLINE |
| Defendants. | |

Plaintiff Steven Noble ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's amended complaint, filed on May 12, 2003, against Defendants Cuevas and Adams. There have been three summary judgment motions filed in this case which were denied in part. The only cause of action remaining is Plaintiff's Eighth Amendment access to exercise claims beginning January 31, 2002 through July 31, 2002. The court is willing to conduct a settlement conference if the parties believe it would be beneficial. Accordingly, within **thirty (30) days** from the date of service of this order, Plaintiff and Defendants shall file a written response to this order.

IT IS SO ORDERED.

**Dated:  May 1, 2009**          /s/ Sandra M. Snyder
                          UNITED STATES MAGISTRATE JUDGE

1