IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN JOSEPH NOBLE, | ) | NO. 1: 03-CV-05407-AWI |
| | ) | |
| Plaintiff, | ) | ORDER MOVING TELEPHONIC |
| | ) | PRETRIAL CONFERENCE TO |
| v. | ) | SEPTEMBER 14, 2009 AT 3:00 P.M. |
| | ) | |
| D. ADAMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff's motion for attendance of incarcerated witness is pending in this action. The court has determined, therefore, that it is necessary to reschedule the telephonic hearing previously set for September 8, 2009, at 3:00 p.m. The court will issue an order on the pending motion prior to the September 14, 2009 telephonic pretrial conference.

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 8, 2009, is VACATED, and the hearing on this matter is reset to September 14, 2009, at 3:00 p.m.

IT IS SO ORDERED.

Dated:   September 3, 2009              /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE