1
2
3
4
5 **UNITED STATES DISTRICT COURT**
6 **EASTERN DISTRICT OF CALIFORNIA**
7
8 **STEVEN JOSEPH NOBLE IV,**                )
                                             )        **1:03-cv-05407-AWI-SMS-PC**
9       **Plaintiff,**                       )
                                             )        **ORDER GRANTING MOTION FOR**
10      **v.**                               )        **ATTENDANCE OF PLAINTIFF AT TRIAL**
                                             )
11 **D. ADAMS and D. CUEVAS,**               )        **(Doc. #138)**
                                             )
12      **Defendants.**                      )
                                             )
13 _____  )
14

15      Plaintiff Steven Joseph Noble IV ("Plaintiff") is a state prisoner proceeding pro se with this

16 civil rights action under 42 U.S.C. § 1983.  Plaintiff filed this action on April 8, 2003.  The case now

17 proceeds on the Amended Complaint filed on May 12, 2003 against Defendants D. Adams and D.

18 Cuevas ("Defendants") on Plaintiff's Eighth Amendment access to exercise claim for the period

19 between January 31, 2002 and July 31, 2002.   This case is presently set for trial on October 20,

20 2009.

21      On July 27, 2009, Plaintiff filed a motion for the court to order the Warden of Folsom State

22 Prison to transfer him to court for trial.

23      IT IS HEREBY ORDERED that Plaintiff's motion for transfer to trial is GRANTED and the

24 court will issue a writ of habeas corpus ad testificandum.

25
IT IS SO ORDERED.
26
**Dated:    September 16, 2009**            _____/s/ Anthony W. Ishii_____
27                                          CHIEF UNITED STATES DISTRICT JUDGE

28
                                     1