UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN JOSEPH NOBLE IV, | 1:03-cv-05407-SMS-PC |
| Plaintiff, | ORDER GRANTING MOTION TO CONTINUE TRIAL SCHEDULE |
| v. | (Doc. 161.) |
| D. ADAMS and D. CUEVAS, | ORDER VACATING TRIAL SCHEDULE PENDING SETTLEMENT NEGOTIATIONS |
| Defendants. | ORDER VACATING PRETRIAL ORDER OF SEPTEMBER 16, 2009 |
| | (Doc. 155.) |
| | ORDER FOR DEFENDANTS TO FILE STATUS REPORT <u>BY OCTOBER 30, 2009</u> |
| | **VACATED:** |
| | <u>Motions In Limine Hearing</u>: October 20, 2009 8:30 a.m. |
| | <u>Jury Trial</u>: October 20, 2009 9:00 a.m. |

Plaintiff Steven Joseph Noble IV ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on the amended complaint, filed May 12, 2003, against defendants D. Adams and D. Cuevas ("defendants"), on plaintiff's Eighth Amendment access to exercise claims for the period between January 31, 2002 and July 31, 2002. (Doc. 8.) On June 29, 2009, the court issued a Scheduling Order setting the trial in this action for October 20, 2009 at 8:30 a.m. before Judge Anthony W. Ishii. (Doc. 155.) On September 16, 2009,

1  the court issued a Pretrial Order scheduling a Motions in Limine hearing for October 20, 2009 at
2  8:30 a.m., and scheduling the beginning of trial for October 20, 2009 at 9:00 a.m.  (Doc. 155.)  On
3  September 16, 2009, the court issued two Writs of Habeas Corpus Ad Testificandum to transport
4  plaintiff and his inmate witness to trial. (Docs. 156, 157.)  On September 21, 2009, after the parties
5  consented to Magistrate Judge jurisdiction, this case was reassigned to Magistrate Judge Sandra M.
6  Snyder for all further proceedings, including the trial and entry of final judgment.  (Doc. 160.)

   On October 1, 2009, defendants filed a motion to continue the trial schedule for this action
   pending settlement negotiations.  (Doc. 161.)  Defendants indicate that plaintiff has mailed a new
   written settlement offer, which raises the possibility of either a settlement conference or mediation.
   Defendants request thirty days to consider plaintiff's settlement offer, and defendants shall provide
   the court with a status report no later than October 30, 2009.

   Good cause appearing, defendants' motion shall be granted, and the trial schedule shall be
   vacated pending settlement negotiations.  Accordingly, IT IS HEREBY ORDERED that:

   1. Defendants' motion to continue the trial schedule for this action is GRANTED;

   2. The court's Pretrial Order, issued on September 16, 2009, is VACATED;

   3. The Motions in Limine hearing, scheduled for October 20, 2009 at 8:30 a.m., is VACATED;

   3. The Trial for this action, scheduled for October 20, 2009 at 9:00 a.m., is VACATED;

   4. The two Writs of Habeas Corpus Ad Testificandum, issued on September 16, 2009 to transport plaintiff and his witness to trial, shall be VACATED by the court in a subsequent order;

   5. Defendants' request for thirty days to consider plaintiff's settlement offer is GRANTED; and

   6. Defendants shall file a status report with the court on or before October 30, 2009.

IT IS SO ORDERED.

**Dated:   October 5, 2009**                    /s/ Sandra M. Snyder
                                                UNITED STATES MAGISTRATE JUDGE