UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVE JOSEPH NOBLE IV, | ) | 1:03-cv-05407-SMS-PC |
| | ) | |
| Plaintiff, | ) | ORDER VACATING SEPTEMBER 16, 2009 |
| | ) | ORDER AND WRIT OF HABEAS CORPUS AD |
| v. | ) | TESTIFICANDUM AS TO PLAINTIFF'S WITNESS, |
| | ) | DEWAYNE N. LOGAN, CDC# T-21600 |
| D. ADAMS and D. CUEVAS, | ) | |
| | ) | (Doc. 157.) |
| Defendants. | ) | |
| | ) | |

On September 16, 2009, the court issued an order and Writ of Habeas Corpus ad Testificandum to transport Plaintiff's witness, Dewayne N. Logan, commanding the Warden of Folsom State Prison to produce California prisoner Dewayne N. Logan, #T-21600, at this court on October 20, 2009 at 7:30 a.m., to testify at trial in this action.

The trial schedule in this action is being vacated pending settlement negotiations between the parties. Accordingly, due to the vacatur of the trial schedule, IT IS ORDERED that the court's order of September 16, 2009, ordering that a Writ of Habeas Corpus ad Testificandum issue, and the Writ of Habeas Corpus ad Testificandum issued on September 16, 2009, commanding the production of inmate Dewayne N. Logan, BE HEREBY VACATED.

IT IS SO ORDERED.

**Dated:   October 5, 2009**                                    /s/
       **Sandra M. Snyder**
                                                                UNITED STATES
MAGISTRATE JUDGE