1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8

9   STEVE JOSEPH NOBLE IV,          CASE NO. 1:03-cv-05407-AWO-SKO PC

10               Plaintiff,        ORDER DIRECTING THE CLERK OF THE COURT TO (1) ENTER JUDGMENT FOR DEFENDANTS ON THE GROUND OF

11      v.                     QUALIFIED IMMUNITY AND (2) CLOSE

12   D. ADAMS, et al.,            THE COURT FILE

13             Defendants.     (Doc. 182)

14   _____/

15         Pursuant to the decision in <u>Noble v. Adams</u>, No. 09-17251, 2011 WL 3275871, at *9 (9th

16 Cir. Aug. 2, 2011), the Clerk of the Court is HEREBY DIRECTED to (1) enter judgment for

17 Defendants on the ground of qualified immunity and (2) close the court file.

18

19 IT IS SO ORDERED.

20

Dated:    August 9, 2011             _____

21                        CHIEF UNITED STATES DISTRICT JUDGE

22
23
24
25
26
27
28

1